|   |   |
|---|---|
| | **E-FILED on 11/12/14** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. MACGREGOR, ) | No. C 13-2309 RMW (PR) |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION FOR EXTENSION OF |
| v. ) | TIME TO PROVIDE COURT WITH |
| ) | MORE INFORMATION FOR |
| DR. MARTIN, et al., ) | DEFENDANT YAN |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint against prison officials at San Quentin State Prison ("SQSP"), pursuant to 42 U.S.C. § 1983. The court ordered service of plaintiff's civil rights complaint upon defendant Nurse Yan at San Quentin State Prison ("SQSP"). (Docket No. 7.) On July 18, 2014, the court received a letter from SQSP Litigation Coordinator indicating that there was no employee known as Nurse A. Yan and that more identifying information was needed. (Docket No. 26.) On September, 29, 2014, the court directed plaintiff provide more identifying information for defendant Yan within thirty days or face dismissal. (Docket No. 29.) Plaintiff has filed a motion indicating that he has recently been transferred to a different institution and needs more time to provide the court with additional information for defendant Yan. (Docket No. 34.)

Good cause having been shown, plaintiff's motion is **GRANTED**. Plaintiff shall provide

1  the court with whereabouts information for defendant Yan which is sufficient to effectuate
2  service.  Plaintiff shall provide such information **within thirty (30) days** from the filing date of
3  this order.  **Failure to provide such information will result in dismissal of plaintiff's claims**
4  **against defendant Yan with no further notice from the court.**
5       This order terminates docket number 34.
6       IT IS SO ORDERED.
7  DATED: _____

                        RONALD M. WHYTE
8                          United States District Judge

Order Granting Motion for Extension of Time to Provide More Info. for Def. Yan
P:\PRO-SE\RMW\CR.13\MacGregor309eot-moreinfo.wpd   2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN ANTHONY MACGREGOR,

        Plaintiff,

  v.

DR. MARTIN, et al,

        Defendant.

Case Number: CV13-02309 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin A. MacGregor V-94008
Bldg #A-5,240
High Desert State Prison
PO Box 3030
Susanville, CA 96127

Dated: November 12, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk