1

2

3

4    ███████████████

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KEVIN A. MACGREGOR,                )      No. C 13-2309 RMW (PR)
                                        )
     Plaintiff,                         )      ORDER GRANTING MOTION FOR
12                                      )      EXTENSION OF TIME TO FILE
     v.                                 )      OPPOSITION TO MOTION TO SET
13                                      )      ASIDE DEFAULT
     DR. MARTIN,                        )
14                                      )      (Docket No. 56)
     Defendant.                         )
15   _____)

16         Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint alleging

17   defendant showed deliberate indifference to his serious medical needs in violation, pursuant to

18   42 U.S.C. § 1983.  On May 28, 2015, the clerk entered a default against defendant.  (Docket No.

19   48.)  On June 11, 2015, defendant filed a motion to set aside the default. (Docket No. 50.)

20   Plaintiff has filed a motion for an extension of time to file an opposition to defendant's motion to

21   set aside because he has had no access to the prison law library.  (Docket Nos. 54, 56.)

22         Plaintiff's motion is **GRANTED**.  Plaintiff shall file a response to defendant's motion to

23   set aside default **no later than thirty (30) days** from the filing date of this order.  Defendant

24   shall file a reply **within fourteen (14) days** thereafter.

25         This order terminates docket no. 56.

26         IT IS SO ORDERED.

27   DATED: _____            _____
                                       RONALD M. WHYTE
28                                     United States District Judge

Order Granting Motion Extension of Time to File Opposition to Motion to Set Aside Default
P:\PRO-SE\RMW\CR.13\MacGregor309eot_opp.setaside.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

KEVIN ANTHONY MACGREGOR,

                Plaintiff,

   v.

DR. MARTIN,

                Defendant.

_____/

Case Number: CV13-02309 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin A. MacGregor V-94008
Bldg #A-2,121
High Desert State Prison
PO Box 3030
Susanville, CA 96127

Dated: July 24, 2015

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk